In the Matter of the Commissioner of Social Services of Ulster County, on Behalf of Diann F. Montgomery, Respondent, v Kenley Powell, Appellant.

Submitted January 7, 2008; decided February 12, 2008

Motion for reargument of motion for leave to appeal denied [*see* 9 NY3d 975 (2007)].